# United States Court of Appeals

## FOR THE EIGHTH CIRCUIT

_____

No. 02-1530

_____

Roy Duane Reha,                          *
                                         *
           Appellant,                    *
                                         *
      v.                                 *   Appeal from the United States
                                         *   District Court for the
Iowa Supreme Court; Polk County;         *   Southern District of Iowa.
City of Des Moines, Iowa; Mark           *
Chance; Chad Boobyer; Dennis             *       [UNPUBLISHED]
Anderson; Dave Derringer; William        *
Moulder; Present Daniels; Doug           *
Philiph; Bruce Bergman; Vicky Long       *
Hill; Mark Godwin; Leesa Shoemaker;      *
Mike Hake; Brad Stevens; Rullman;        *
Dave McPherson; John Sarcone; Linda      *
Zanders; Harlan Lemon; Romonda D.        *
Belcher; Treasa Vens; Robert             *
Monserrate; Craig Porter; Travis         *
Overson; R. C. Wooters; Francis          *
Garrity; J. D. Stovall; Lois Leary; R. K. *
Richards; Carol Egly; Cynthia Moisan;    *
Karen Ramano; Carol Coppola;             *
Gregory Brant; Robert Blink; Peter       *
Keller; Tom MIller; Andrew Anderson;     *
Bridget Chambers; Cristina Kuhn;         *
Donald Bair; Terry L. Dillinger; Andy    *
Lewis; Jim Nelson; Jim MacGregor;        *
Mary Van Horn; Charlie Cadaro; Mary      *
Newman; Ben Bishop; Andrew               *
Hennesy; Greg Westmeyer; Steve           *
Drane; Charles W. Russell,               *
                                         *
           Appellees.                    *

_____

Submitted: July 3, 2002
Filed: July 10, 2002
_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.
_____

PER CURIAM.

Roy Reha appeals from the district court's[1] order denying his notice of removal and petition for writ of habeas corpus. Reha did not claim his criminal prosecution was racially motivated or that he was a federal officer or agent, see Georgia v. Rachel, 384 U.S. 780, 792, 800 (1966); City of Greenwood v. Peacock, 384 U.S. 808, 824 (1966); and he failed to allege that he exhausted his state remedies, see 28 U.S.C. § 2254(b)(1)(A).

Accordingly, we find that the district court properly remanded Reha's case, see 28 U.S.C. § 1446(c)(4), and we affirm, see 8th Cir. R. 47B. We also deny the pending motion.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

[1]The Honorable Ronald E. Longstaff, Chief Judge, United States District Court for the Southern District of Iowa.

-2-